4:15CV3055

In The District Court for Nebraska, County Nebraska

U.S. FILED DISTRICT COURT DISTRICT OF NEBRASKA
2015 MAY 26 PM 2:15

| | | |
|---|---|---|
| 1.# Andre Pare #81789 | * | Pursuant to 42 USCA 1983 |
| 2.# Richy Fletcher #82089 | * | Case no. |
| 3.# Kenneth Capps #81513 | * | Civil Rights Complaint |
| 4.# Kurt Brown #81055 | * | Class action |
| 5.# Cory Mattly #82182 | * | |
| 6.# Terrence Thompson #81212 | * | 13.# Michael Fleming 82172 |
| 7.# Brian Spotts #80847 | * | 14.# Lamont Stuart 81783 |
| 8.# Lamar Dunn #82220 | * | 15.# William Jordan 81028 |
| 9.# Matthew Mayer 81198 | * | 16.# Bria abst 82080 |
| 10.# Thad Junge 74205 | * | 17.# Eric Berning 82234 |
| 11.# Dennis Thomas 82077 | * | |
| 12.# Andre Thomas 82165 | * | |
| plaintiffs | * | |
| V. | * | |
| Fred Britton, Scot Frakes, Jane Doe 1, Jane Doe 2, | * | |
| Mike Kinney, | * | |
| Defendants | * | |

Plaintiff Andre Pare, and plaintiff representing said suit

Basis Of Complaint.

This is a civil rights complaint alleging that since 2013 the department of corrections and its defendants mainly "Diagnostic and Evaluation Center in Lincoln Nebraska "DEC here in after" begain to purposly overcrowding the "DEC" though over holding inmates for lack of money and programs, wich has lead to serious and fatle injurie towards plaintiff Andre Pare and subjecting other plaintiffs and simular situated inmates at DEC as well as indanger the correctional officals. The DEC was knownly

constructed to housed 175 inmates. Approx: 1983 DCC doubled the inmates "cell" living quarters to hold 350 inmates and now it houses over 530 inmates in excessivly small quarters housing over 166% compacity. In 2015 inmates housed at 'DCC' stay can be from 6 months to 1 year. living in extreamly serious overcrowding conditions, where inmates out number correctional officials 8 to 1. The ongoing overcrowded situation not only creats physically air born deseases the inmate population has put an strain on medical staff to unlawfully disregaurd inmates physical and mental needs by doing whats called "<u>passing the buck</u>" wich means to pass the condition of inmates such as the representing plaintiff on to other staff or unqaified correctional officials that has no knowledge how to treat an inmate with fatle desease such as STAPHocc Phuemonia

    The living quarters is so grotesegue that 22 inmates past the units 32 inmates compacity sleeps on the unit floor in cell block 4 around live insects and rodtents and by unit trash cans. Insects invade inmates lockers living quarters and food, and unit toilets. The plaintiffs alleges that food is served on the unit 10 feet from the infested toilet area and 5 feet away from infested trash cans.in the dayroom. The dayroom is also covered in sections used for emergency evalevation with inmates clean and dirty clothes blocking fire escapes and toornato evacuations. The dayroom where 22 inmates sleep are seriously overcrowded to the point that it already violates coad outlined by federal constitution 'space per inmates'. because of inmates made to sleep so close inmates or correctional officers can not evacuate incase of an fire and would lead to devistational resoults for inmates and officials due to inmates or staff unable to move past a unit floor full of inmates. The unit closet that houses the sleeping matress for inmates sleeping on the floor is full of mold and midew. Plaintiffs inmates and officials has filed grievance complaints, where these allegations has eather been denied or ignored by the defendants these violations

are being ignored for the sool purpose of continuing the overcrowding and constitutional violation. Sanitation on unit 4 as well as similar situated units at 'DEC' is completly broken down, and because the overflow of inmates. Paint is peeling off the walls throught the unit there is no place for inmates to store state issued clothing resoulting in cloths piling up exposing a file meldo smell throught the unit and visual insects crawling through inmates clothing, as well as laying eggs within the clothing. Fights and assoults usually gets set up by small groups and gangs leaving the inmates and correctional staff vulnerable to assualts. The phones and law library is overloaded and usually by tougher gangs and groups. The noise volumne is at a level where mentally ill inmates are not able to stablies. There is only 2 toilet and shower facility to accompany 54 inmates per cell block.

Plaintiff Andre Pare alleges in August 2013 was housed at DEC and stationed on the unit floor by the unit trash cans, as the only space to sleep. The plaintiff contracted a deadly and fatle descease called STAPHOCC PHUEMONIA. The plaintiffs temputure sored and he had an hard time breathing. When the plaintiff seeked medical attention he was transported to the medical center where defendent Jane Doe renderd him asprin and sent him back to sleep back on the infested flour in wich he contracted the airborn descese. Plaintiffs situation become more dire where correctional offisials transported him back to the medical center bairly breathing, because of the number of inmates overloading the system he was seen by defendent Jane Doe and sent right back to the same conditen. "Passing the buck on to unqualified correctional officials.

-4-

Whithin hours the plaintiff had stopped breathing and became unresponsive to medical staff whom had to be "SHOCKED" and brought back to life. From this event the outcome resaulted in "TISSUE" being removed from his left lung.

Some plaintiffs are within 2 to 6 months release Because the state lack money and common end scence the plaintiff is subject to constitutional violations.

The 'DEC' is also understaffed and can not provide protection and or security for other inmates or themselves. The inmates out number the correctional officers 5 to 1 on top of sleeping 22 and plus inmates in the dayroom outside of lock down confinment. It would be impossible for officials to break up riots. large scale fights or mudering amongs inmates. specially at night were inmates who sleep on the floor in the dayroom is spaced from wall to wall, fire escape to fire escape without stepping on other inmates.

The constitution is well established as to how much space has to be provided for each inmate.

All inmate plus plaintiffs is being deprived by this over crowding situation of being free from crute and unusual punishment due to the way Douglas County sentence their inmates and how 'DEC' holds on up to 9, or 13 months before an inmate is sent out to a long term prison. Creating a worlwind of over crowded prisons in Nebraska.

The "DEC" has 9 other units simular situated like said unit 4.

Plaintiffs Anthony Hancock and Kenneth Capps

-5-

are diagnosed with a serious mental illness and are made to sleep on the insected infested floor. Plaintiff Anthony Hancock due to the over crowdingness has not seen a mental illness doctor yet and he came into douglas county jail with perscribed phycistric medication. Defendent Fred Britton and his staff herein as defendents oversee the operation at DEC along with defendent Scot Frakes, and has made no attempts to lessen the overcrowding and its constitutional violations. Both defendents have been warned by ACLU of nebraska of such serious violations, and they still ignore the conditions. At the time of plaintiffs contraction of serious desease defendent Mike Kenney and Robert Houston were said directors of DEC and then ignored any serious conditions due to the overcrowding. Defendents Jane Doe was the medical staff whom dilleberatly denied medical treatment on August 13. 2015 as well naming defendent Jane Doe 2#

All plaintiffs of said class action is currently housed at the Diagnastic and Evaluation Center in Lincoln Nebraska. cell block 4 P.O. Box 22800 Lincoln Nebraska.

1.# Andre John Pace #81789
2.# Ricky Fletcher #80089
3.# Kenneth Capps 81573
4.# Kurt Brown #81055
5.# Cory Mattly # 82182
6.# Terrence Thompson # 81212
7.# Brian Spotts #80847
8.# Lamar Dunn #82220
9.# Matthew Meyer 81198
10.# Thad Guye 74205
11.# Dennis Thomas 82077
12.# Andre Thomas - 82165
13.# Michael Fleming 82172
14.# Lamont Stuert 81780
15.# William Jordan 81078
16.# Brian abet 82050
17.# Eric Berning 82234

Defendents.

1.# Fred Britton. is the active Warden at DEC and is being sued in his official and individual capcity.

2.# Scot Frakes is the director of corrections and is being sued in his official and individual capcity.

3.# Jane Doe is the medical staff that oversees the medical needs to inmates at DEC and is being sued in her official and individual capcity.

4.# Jane Doe is the medical staff who oversees the medical need to the inmates at DEC and is being sued in her official and individual capcity.

5.# Mike Kinney was the director at the time of plaintiffs complaint in August 2013 of descose.

# All Defendents acted under color of law and work or worked at the Diagnostic and Evaluation Center during the time of the allegations

The plaintiff Andre Pare will suplement his complaint and amend it onee discovery has revieled whom Jane Doe 1 and Jane Doe 2 is

Relief Requested

1.# Order an Perliminary Injuctive Declaring that the defendents of 'DEC' is in direct violation of plaintiffs civil rights to be free from crule and unusual panishment and order that the defendat temporarly refrain from ecepting sentenced inmates "Specifically Douglas County" as it makes up 85% of lengthy sentences, until a court mediator investigates.

2.# Order a Perliminary Injuctive Order Declaring that the Plaintiff being forced to sleep on insect infected floors is a direct violations of the inmates 8th Amendment and order the defendat and its staffs to refrain from forcing inmates to sleep on the dayroom floor umongs insects and ratters. next to trash cans and the unit toilet

3.# Order an Perliminary Injuctive Order stopping the serving of food in this condition on unit 4 and any other unit thats simularly situated.

4.# Order an Perliminary Injuctive Order Declaring that the conditions at 'DEC' is so grotequre that inmates doing an duration of 2 to 6 months of being released be released to work release, house arrest, halfway houses, and other county jails. to complete their sentence.

5# Order an Perliminary Injuctive Order Declaring that inmates

filthy and clean cloths piled up blocking fire doors is an direct violation of state and federal law.

6.# Order an Perliminary Injuctive Oder Declaring that the defendant and his staff is in direct violation, by forcing the mentaly ill to sleep on the floor. infested with insects and ratters.

7.# Order appointment of council to repersent plaintiff in this ed class action as its the intrest of the public and that most plaintiffs herein suffers from mental illness.

8.# Award plaintiff Andre Pare damages the court feels appropricate to compensate him for pain and suffering resaulting from the overcrowded situation.

9.# Award Punitive Damages to each and every plaintiff delaring that the defendants had prior knowledge of the dire conditions and done nothing to pervent it or now correct it.

10.# Award Monotory Damages to the plaintiffs.

11.# Order DEC and its agency to down size "DEC" by December 4th 2015 to its 300 inmate compacity.

Plaintiffs prays the court grant any other relief it deems appropricate.

Notice: this correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored
Inmate Name: Andre Pope
Inmate # 78789
P. O. Box 22800
Lincoln, NE 68542-2800

OMAHA NE 680
23 MAY 2015 PM 3 L

RECEIVED
MAY 26 2015
CLERK
U.S. DISTRICT COURT
LINCOLN

Robert V Denney
Federal Building and Courthouse
100 Centennial Mall N. Lincoln Ne
68528

6850838l262