IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDRE PARE, and RICKY FLETCHER, | ) ) ) | 4:15CV3055 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| FRED BRITTON, SCOT FRAKES, JANE DOE 1, JANE DOE 2, and MIKE KINNEY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 20, 2015, the court ordered Plaintiffs to show cause within 30 days why this case should not be dismissed for their failure to pay their initial partial filing fees, which were assessed by the court on October 6, 2015. To date, neither Plaintiff has shown cause for his failure to pay the initial partial filing fee, and neither has paid the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

DATED this 13th day of January, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge